

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-47-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 5/18/2022 3:51:40 PM
Transaction ID: 68195

[Request New Judge]   [Return]