FILED
JAMES J. VILT JR,
CLERK
5/18/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA        PLAINTIFF

vs.        CRIMINAL ACTION NO. 3:22-cr-47-BJB

BRYAN ANDREW WILSON
CURT FLYNN        DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE
*Electronically Filed*

Assistant United States Attorneys Stephanie M. Zimdahl and David R. Weiser hereby enter their appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Stephanie M. Zimdahl*

Stephanie M. Zimdahl
David R. Weiser
Assistant U.S. Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911