UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:22-cr-47-BJB
_____

BRYAN ANDREW WILSON
CURT FLYNN                                                    DEFENDANT

## <u>ORDER</u>

The Information filed by the United States Attorney charging the above-named

defendants with a violations of Title 18, United States Code, Section 241, is hereby ORDERED

SEALED until such time as the defendants waive indictment by a grand jury the United States

makes the Motion to Unseal, either in writing or in person.


Regina S. Edwards, Magistrate Judge
United States District Court

May 24, 2022