AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**
JAMES J. VILT, JR. - CLERK
JUN 21 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:22CR-47-BJB |
| BRYAN ANDREW WILSON | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

BRIAN P. BULTER
*Printed name of defendant's attorney*

_____
*Judge's signature*

BENJAMIN BEATON, US DISTRICT COURT JUDGE
*Judge's printed name and title*